# Unclaimed Funds

Entered 1/1/2001 to 6/17/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| [11-14330 -jnf](#) 18051183 | Rovic Inc. 10 Fantasia Drive Worcester, MA 01604 01604 | 10,270.01 | 06/17/2014 |
| [11-14330 -jnf](#) 18051187 | Verizon Wireless PO Box 660108 Dallas, TX 75266 75266 | 1,268.62 | 06/17/2014 |
| [11-14330 -jnf](#) 19308156 | Harbour Place, LLC PO Box 660369 Dallas, TX 75266 75266 | 1,023.99 | 06/17/2014 |

**Grand Total: 12,562.62**